United States District Court
Northern District of California

1
2
3
4
5
6
7
8   UNITED STATES DISTRICT COURT
9   NORTHERN DISTRICT OF CALIFORNIA
10
11  JOHN TILLIS,
            Petitioner,                    Case No. 13-4123 WHO (PR)
12
        v.                                 **ORDER DENYING APPLICATION
13                                         TO PROCEED IN FORMA
    M.E. SPEARMAN, Warden,                 PAUPERIS;**
14
            Respondent.
15                                         **ORDER DIRECTING PETITIONER
                                           TO PAY FILING FEE BY
16                                         DECEMBER 1, 2013**
17
18

19      This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a pro se
20  state prisoner. Presently before the Court is petitioner's application to proceed *in forma*
21  *pauperis* ("IFP"). (Docket No. 4.)
22      In support of such application, petitioner submitted a Certificate of Funds in
23  Prisoner's Account signed by an authorized state official. The Certificate of Funds shows
24  that the average deposits to petitioner's account for the six months preceding the filing of
25  the IFP application were $31.19, and the average balance in petitioner's account for the
26  same time period was $114.82.
27
28

Based on the above, the Court finds that petitioner is able to afford the $5.00 filing fee in this action. Accordingly, petitioner's application to proceed IFP is DENIED. **Petitioner shall pay the $5.00 filing fee in this matter by submitting payment to the Clerk of the Court on or before December2, 2013.** Petitioner's failure to do so will result in the dismissal of this action for failure to prosecute under Federal Rule of Civil Procedure 41(b), and without further notice to petitioner.

This order terminates Docket No. 4.

**IT IS SO ORDERED.**

**Dated:** October 15, 2013

_____
WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN TILLIS,

        Plaintiff,

  v.

M E SPEARMAN et al,

        Defendant.

Case Number: CV13-04123 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 15, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

John Tillis J-26546
California Training Facility Soledad
P.O. Box 684 Central
Soledad, CA 93960-0689

Dated: October 15, 2013

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk