United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN TILLIS,

    Petitioner,

v.

M.E. SPEARMAN, Warden,

    Respondent.

Case No. 13-4123 WHO (PR)

**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS;**

**ORDER DIRECTING PETITIONER TO PAY FILING FEE BY DECEMBER 1, 2013**

    This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2254 by a pro se state prisoner. Presently before the Court is petitioner's application to proceed *in forma pauperis* ("IFP"). (Docket No. 4.)

    In support of such application, petitioner submitted a Certificate of Funds in Prisoner's Account signed by an authorized state official. The Certificate of Funds shows that the average deposits to petitioner's account for the six months preceding the filing of the IFP application were $31.19, and the average balance in petitioner's account for the same time period was $114.82.

1      Based on the above, the Court finds that petitioner is able to afford the $5.00 filing
2 fee in this action.  Accordingly, petitioner's application to proceed IFP is DENIED.
3 **Petitioner shall pay the $5.00 filing fee in this matter by submitting payment to the**
4 **Clerk of the Court on or before December2, 2013.**  Petitioner's failure to do so will
5 result in the dismissal of this action for failure to prosecute under Federal Rule of Civil
6 Procedure 41(b), and without further notice to petitioner.
7      This order terminates Docket No. 4.
8      **IT IS SO ORDERED.**
9 **Dated:**  October 15, 2013

_____
WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN TILLIS,

        Plaintiff,

  v.

M E SPEARMAN et al,

        Defendant.
                                        /

Case Number: CV13-04123 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 15, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

John Tillis J-26546
California Training Facility Soledad
P.O. Box 684 Central
Soledad, CA 93960-0689

Dated: October 15, 2013

                                            Richard W. Wieking, Clerk
                                            By: Jean Davis, Deputy Clerk